IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TYLER KEUP, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 8:15CV113 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN AND/OR JANE DOE(S), Being Sued in Both Their Personal And Official Capacities, | ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on its own motion. It has come to the court's attention that Plaintiff was recently released from custody and no longer resides at his address of record. Plaintiff has an obligation to keep the court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: July 18, 2016: check for address.

DATED this 16th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge