IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV113 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN AND/OR JANE DOE(S), | ) | **JUDGMENT** |
| Being Sued in Both Their Personal | ) | |
| And Official Capacities, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    For the reasons discussed in the Memorandum and Order entered on this date, Plaintiff's claims against the John and Jane Doe defendants are dismissed with prejudice. This case, as to any remaining defendants, if any, is dismissed without prejudice.

    DATED this 20th day of October, 2016.

                                       BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       Senior United States District Judge